# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 3:25-cv-00137-DB |
| Plaintiffs, | |
| v. | |
| WYNDHAM HOTELS & RESORTS, INC.; WYNDHAM HOTEL GROUP, LLC; DAYS INN WORLDWIDE, INC.; CHOICE HOTELS INTERNATIONAL, INC.; MAGNA HOTELS, LP; KASTURI, INC.; MANIR PROPERTIES II LP; AND DOES 1-200, INCLUSIVE, | |
| Defendants. | |

## KATIE LLAMAS, ESQ.'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

I, Katie Llamas, Esq., declare:

1.    I am an attorney at Singleton Schreiber, LLP, counsel of record for the Plaintiff in this matter. I am actively licensed to practice law and have been admitted Pro Hac Vice in this matter. I have personal knowledge of the facts stated within this Declaration, except for those stated on information and belief, and as to those, I believe to be true. If called as a witness, I would competently testify thereto.

2.    This Declaration is prepared in support of Plaintiff's Motion For Protective Order for Confidential Information and Plaintiff's Identity.

3.    On April 21, 2025, Plaintiff filed the Complaint in the above-entitled action.

4.    On October 28, 2025, Plaintiff's counsel and all Defendants' counsel for Defendants

KATIE LLAMAS, ESQ'S DECALARATION IN
SUPPORT OF PLAINTIFF'S  MOTION FOR
PROTECTIVE ORDER
2:24-cv-08301-AMO

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

that had appeared in the action met and conferred via videoconference under Rule 26. During that meeting, Plaintiffs' counsel and Defendants' counsel met and conferred on that need for a protective order and proposed terms.

5.    On October 31, 2025, Plaintiff's counsel circulated a revised proposed Protective Order adding Defendants, who had just appeared in the matter.

6.    From November to December 31, 2025, the parties continued to meet and confer on the provisions for a protective order sending each other their redlined revisions and discussing certain proposals. Unfortunately, the parties could not reach an agreement.

7.    Plaintiff lives in a constant state of fear that her traffickers or their associates will harm her, her family and her children. Plaintiff has expressed ongoing threats and fear that justify protection against disclosure of her identity to her traffickers related to this lawsuit or her speaking out about the trafficking in any way. Her Declaration is being attached to support this need.

8.    The Parties agree Defendants must provide notice to Plaintiff before contacting her traffickers and/or their associates. However, the Parties disagree as to the content and process of notice, along with what must be established before contact is made.

9.    Plaintiffs proposed provision requires Defendants to seek approval from the Court via an *ex parte* application and that specific procedures be followed to safeguard Plaintiff.

10.    Defendant's proposed provision would allow them to contact Plaintiffs traffickers without first getting the Court's approval to ensure Plaintiff and her family are protected. Their proposal would require them to provide Plaintiff 30 days notice of the intended contact and then require Plaintiff to seek further protection from the Court without any further information.

11.    A number of other disagreements exists, including protections of disclosure of Plaintiff's identity to third parties, what constitutes Plaintiff's "True Identity", protections for other Human Trafficking Survivor witnesses, and among others.

KATIE LLAMAS, ESQ'S DECALARATION IN
SUPPORT OF PLAINTIFF'S  MOTION FOR
PROTECTIVE ORDER
2:24-CV-08301-AMO

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

12.    A true and correct copy of Plaintiffs Final Proposed Protective Order that Plaintiff requests this Court grant and approve is attached hereto as Exhibit 1.

13.    To the best of my recollection and ability, a true and correct copy of a version of Defendants' Final Proposed Protective Order comparing it to the Model Order is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States Federal Court and the State of California that the foregoing is true and correct, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

This Declaration was executed on January 23, 2026, in the State of California, County of San Diego.


Dated: January 23, 2026        By:    _/s/  Katie Llamas_____
                                                  Katie Llamas

KATIE LLAMAS, ESQ'S DECALARATION IN             SINGLETON SCHREIBER
SUPPORT OF PLAINTIFF'S  MOTION FOR              591 CAMINO DE LA REINA, STE. 1025
PROTECTIVE ORDER                                SAN DIEGO, CA 92108
2:24-CV-08301-AMO                               619) 771-3473

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I electronically filed the foregoing document:

**KATIE LLAMAS' ESQ. DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**, and that it is available for viewing and downloading from the Court's CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 23, 2026, at San Diego, California.

_____/s/Katie Llamas_____
Katie Llamas

KATIE LLAMAS, ESQ'S DECALARATION IN
SUPPORT OF PLAINTIFF'S  MOTION FOR
PROTECTIVE ORDER
2:24-CV-08301-AMO

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473