# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

JANE DOE, an individual,

   Plaintiffs,

  v.

WYNDHAM HOTELS & RESORTS, INC.; WYNDHAM HOTEL GROUP, LLC; DAYS INN WORLDWIDE, INC.; CHOICE HOTELS INTERNATIONAL, INC.; MAGNA HOTELS, LP; KASTURI, INC.; MANIR PROPERTIES II LP; AND DOES 1-200, INCLUSIVE,

   Defendants.

Case No.: 3:25-cv-00137-DB

# DECLARATION OF JANE DOE

I, Jane Doe, declare:

1. I am an adult over the age of 18 years old and of sound mind. I am the Plaintiff in this Action.

2. I have personal knowledge of the information contained herein, except as otherwise stated, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify thereto.

3. This Declaration is prepared in support of Plaintiff's Motion for Protective Order Preventing Contact with Plaintiff's Identity to Her Trafficker.

4. During the time I was trafficked, I endured multiple beatings, threats and manipulation, which caused me significant pain, scars, fear, and anxiety. I am still

DECLARATION OF JANE DOE
3:25-CV-00137-DB

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

suffering to this day.

5. During the time I was trafficked, my trafficker drugged me, controlled me with emotional, physical, mental and sexual abuse. He used weapons, threats, physical force, manipulation, and coercion.

6. I was raped by my trafficker once. My trafficker physically, mentally, and emotionally abused me.

7. My trafficker was so abusive that I would have black eyes and busted lips.

8. My trafficker knows where my family lives and during my time of trafficking he would threaten their lives.

9. My trafficker always carried two guns with him and would make threats to kill me. On multiple occasions she would put a gun to my head while yelling and threatening me.

10. He was violent toward me in front of my son.

11. My trafficker was originally sentenced to 15 years in custody for trafficking myself and others. At his sentencing hearing, I read a Victim Impact Statement. I knew I had to stand up for myself and others, but this also put me in an even more dangerous situation.

12. My trafficker is due to be released by Fall 2028. I am still terrified of my trafficker, and I am already having to plan for my protection for when he is released.

13. I feared for my safety and life throughout the time I was trafficked, and I still fear for my safety and life. I fear for my safety and life when he gets out but even now. I fear he has associates on the outside that would hurt or kill me and my family.

14. While I am seeking justice against entities that profited from my trafficking and either knew or should have known it was occurring, I am terrified that if my trafficker were to learn that I have filed this lawsuit, he would harm or kill me or my family.

DECLARATION OF JANE DOE
3:25-CV-00137-DB

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

15. My fear is based on the threats he has made in the past. These threats were not empty threats but threats that he followed through with in the horrific abuse that would come with them. I was physically abused over and over again, reinforcing that the threats my trafficker made were real.

16. Based on my trafficker's violent history, threats and the fact that he has been locked up for so long, I believe he would act on those threats if he were to learn about this lawsuit. I am still terrified of him. I am terrified he will find me or have one of his associates find me and hurt or kill me. For my safety and the safety of my family, it is crucial that there be limitations in place regarding my trafficker's identity and contact with him. He has already shown to be a violent man and based on this; I need protection.

I declare under penalty of perjury under the laws of the United States Federal Court and State of Texas that the foregoing is true and correct, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Dated: January 23, 2026

_____
JANE DOE

DECLARATION OF JANE DOE
3:25-CV-00137-DB

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I electronically filed the foregoing document: **DECLARATION OF JANE DOE**, and that it is available for viewing and downloading from the Court's CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 23, 2026, at San Diego, California.


  ___/s/Katie Llamas_____
  Katie Llamas

DECLARATION OF JANE DOE
3:25-CV-00137-DB

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473